UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ANGELINA MICHELLE GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>  Defendant. | No: 2:24-cv-00007-BFM<br><br><u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of SEVEN THOUSAND DOLLARS AND 00/100 ($7,000) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: Dec. 11, 2024   _____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

-1-